RECEIVED
FEB 25 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:20-cr-009 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| THOMAS DONALD BOATRIGHT, | ) | T. 18, U.S.C. §§ 2251(a), (e) |
| | ) | T. 18, U.S.C. § 2252(a)(4)(B) |
| Defendant. | ) | T. 18, U.S.C. § 2252(b)(2) |
| | ) | T. 18, U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Sexual Exploitation of a Child)

Beginning at least as early as August 10, 2019 up to and including February 13, 2020, in the Southern District of Iowa, the defendant, THOMAS DONALD BOATRIGHT, did knowingly use minor child #1 *i.e.*, any person under the age of eighteen years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing a visual depiction of such conduct in that the defendant, THOMAS DONALD BOATRIGHT, did use minor child #1 to engage in sexually explicit conduct by the display of genitals and acted with the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using material that had been mailed, shipped, or transported across state lines or in foreign commerce by any means.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Sexual Exploitation of a Child)

Beginning at least as early as August 24, 2019 up to and including February 13, 2020, in the Southern District of Iowa, the defendant, THOMAS DONALD BOATRIGHT, did knowingly use minor child #2 *i.e.*, any person under the age of eighteen years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing a visual depiction of such conduct in that the defendant, THOMAS DONALD BOATRIGHT, did use minor child #2 to engage in sexually explicit conduct by the display of genitals and acted with the purpose of producing a visual depiction of such conduct and the visual depiction was produced using material that had been mailed, shipped, or transported across state lines or in foreign commerce by any means.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Sexual Exploitation of a Child)

Beginning at least as early as July 27, 2019 up to and including February 13, 2020, in the Southern District of Iowa, the defendant, THOMAS DONALD BOATRIGHT, did knowingly use a minor child #3 *i.e.*, any person under the age of eighteen years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing a visual depiction of such conduct in that the defendant, THOMAS DONALD BOATRIGHT, did use minor child #3 to engage in sexually explicit conduct by the display of genitals and acted with the purpose of producing a visual depiction of such conduct and the

visual depiction was produced using material that had been mailed, shipped, or transported across state lines or in foreign commerce by any means.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession of Child Pornography)

That on or about February 13, 2020 in the Southern District of Iowa, the defendant, THOMAS DONALD BOATRIGHT, knowingly possessed one or more matters which contained visual depictions which were produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

This is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction of any of the offenses alleged in Counts 1, 2, 3, or 4 of this Indictment, the defendant, THOMAS DONALD BOATRIGHT, shall forfeit to the United States his interest in the following property:

    a.    Any and all visual depictions of minors engaging in sexually explicit conduct which contains any such visual depiction, which was produced,

3

transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b.   The computer, cellular phone, and memory card and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                               FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

4