AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Donald Boatright | ) Case No. 1:20-CR-009 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Donald Boatright,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Sexual exploitation of a child and possession of child pornography, in violation of Title 18, United States Code, Sections 2251(a), 2251(e), 2252(a)(4)(B), and 2252(b)(2), and Forfeiture

WARRANT ISSUED
JOHN S. COURTER, Clerk

By: *[signature]*
DEPUTY CLERK

Date: 02/25/2020

*Issuing officer's signature*

City and state: Council Bluffs, Iowa         Celeste F. Bremer, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 02/25/2020, and the person was arrested on *(date)* 02/28/2020
at *(city and state)* Omaha, Nebraska.

Date: 02/28/2020

*Arresting officer's signature*

David Hubbell, Deputy U.S. Marshal
*Printed name and title*